# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2017

155189 & (57)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ROGER CLEO MARTIN,
     Defendant-Appellant.

SC: 155189
COA: 334416
Osceola CC: 13-004720-FH;
15-004992-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 30, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2017



Clerk

p0905